UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PRESTON ALONZO HOWELL,

    Petitioner,

   v.

RONALD A. BECKLEY,

    Respondent.

No. 2:16-cv-0828 CKD P

ORDER

    Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Examination of the request to proceed in forma pauperis reveals that petitioner is unable to afford the costs of suit. Accordingly, the request for leave to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a).

    Under Rule 4 of the Rules Governing Section 2254 Cases, the court must review all petitions for writ of habeas corpus and summarily dismiss any petition if it is plain that the petitioner is not entitled to relief. The court has conducted that review.

    While not entirely clear due to the fact that petitioner's petition is quite difficult to read, it appears petitioner already challenged the conviction and sentence at issue in this action in 2:02-cv-1736 GEB JFM P. If that is the case, before petitioner can proceed with the instant successive petition, he must obtain authorization from United States Court of Appeals for the Ninth Circuit

1

1  pursuant to 28 U.S.C. § 2244(b)(3).  If that is not the case, petitioner may file an amended petition
2  within 30 days on the form to be provided by the Clerk of the Court.  The form must be filled out
3  completely, accurately and legibly.  Further, any documents attached to the form must be legible.
4  If petitioner does not file an amended petition within 30 days, this action will be dismissed.
5        Accordingly, IT IS HERBY ORDERED that
6      1. Petitioner's request for leave to proceed in forma pauperis (ECF No. 2) is granted;
7      2. Petitioner's petition for writ of habeas corpus is dismissed.
8      3. Petitioner is granted leave to file an amended petition that complies with the terms of
9  this order within 30 days.  If petitioner does not file an amended petition within 30 days, this
10 matter will be dismissed.
11     4. The Clerk of the Court is directed to send petitioner the court's form-application for a
12 writ of habeas corpus by persons is state custody.
13 Dated:  April 28, 2016

                              _/s/ Carolyn K. Delaney_
                            CAROLYN K. DELANEY
                            UNITED STATES MAGISTRATE JUDGE

18 1
19 howe0828.sus

2