1

2

3

4

5

6

7

8                                    UNITED STATES DISTRICT COURT

9                             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   PRESTON ALONZO HOWELL,                          No.  2:16-cv-0828 CKD P

12                     Petitioner,

13          v.                                       ORDER

14   RONALD A. BECKLEY,

15                     Respondent.

16

17          On April 28, 2016, petitioner's habeas petition was dismissed and thirty days' leave to file

18   an amended petition was granted.  The thirty day period has now expired, and petitioner has not

19   responded to the court's order.  Petitioner has consented to have all matters in this action before a

20   United States Magistrate Judge.  See 28 U.S.C. § 636(c).

21          In accordance with the above, IT IS HEREBY ORDERED that this action is dismissed

22   without prejudice.

23   Dated:  June 16, 2016

24                                                   _____
                                                     CAROLYN K. DELANEY
25                                                   UNITED STATES MAGISTRATE JUDGE

26

27   1
     howe0828.fta
28