UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESTON ALONZO HOWELL, | No. 2:16-cv-0828 CKD P |
| Petitioner, | |
| v. | ORDER |
| RONALD A. BECKLEY, | |
| Respondent. | |

On June 20, 2016, petitioner filed a motion requesting a certificate of appealability referenced in 28 U.S.C. § 2253.  On June 16, 2016, the court dismissed this action without prejudice because petitioner failed to file an amended petition as ordered by the court.  Because there are no valid grounds for appealing this decision, petitioner's request for a certificate of appealability (ECF No. 11) is denied.

Dated: June 28, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
howe0828.coa